UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C.,<br><br>    Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 Quebec, Inc. (d/b/a MindGeek); BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5,<br><br>    Defendants. | Case No. 2:24-cv-04971-WLH-ADS<br><br>**ORDER RE THE MINDGEEK DEFENDANTS' OMNIBUS MOTION TO DISMISS, DEFENDANT VISA, INC.'S OMNIBUS MOTION TO DISMISS, DEFENDANT COLBECK'S OMNIBUS MOTION TO DISMISS AND DEFENDANT REDWOOD'S OMNIBUS MOTION TO DISMISS, DEFENDANTS TASSILLO AND ANTOON'S OMNIBUS MOTION TO DIMISS AND DEFENDANT BERGMAIR'S OMNIBUS MOTION TO DISMISS** |

1   Pursuant to the Court's Order Granting Joint Stipulation to Request Limited
2   Coordination for Purposes of Responding to Complaints in Related Cases in *K.A. v.*
3   *MindGeek S.A.R.L., et al.*, No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024)
4   (Dkt. No. 54), the Court now incorporates here by reference its Order re: the Omnibus
5   Motions to Dismiss filed in the *K.A.* case on November 6, 2025 (Dkt. No. 166).

**IT IS SO ORDERED.**

Dated: November 6, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE